IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CANDICE GARCIA,

    Plaintiff,               No. 2:10-cv-01514 MCE KJN

    v.

METROPOLITAN LIFE INSURANCE COMPANY and DOES 1 to 100,

    Defendants.          <u>ORDER</u>

                     /

Presently before the court is plaintiff's application to proceed in forma pauperis (Dkt. No. 2), which was referred to the undersigned for resolution by United States District Judge Morrison C. England on September 17, 2010. (Dkt. No. 4). Plaintiff is represented by counsel.

Plaintiff's application in support of her request to proceed in forma pauperis makes the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis is granted.

IT IS SO ORDERED.

DATED: September 21, 2010

                                                    _____
                                                    KENDALL J. NEWMAN
                                                    UNITED STATES MAGISTRATE JUDGE