DAVID ALLEN & ASSOCIATES
DAVID ALLEN  Bar No. 87193
5230 Folsom Boulevard
Sacramento, California  95819
Telephone: (916) 455-4800
Facsimile: (916) 451-5687
dallen@davidallenlaw.com

Attorneys for Plaintiff
CANDICE GARCIA

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105-1008
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE GARCIA,<br><br>           Plaintiff,<br><br>      v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>           Defendant. | Case No. 2:10-cv-01514 MCE-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR SETTLEMENT CONFERENCE TO APRIL 21, 2011** |

Defendant Metropolitan Life Insurance Company ("MetLife") and plaintiff Candice Garcia ("plaintiff") (collectively "Parties"), through their respective counsel of record herein, hereby STIPULATE and AGREE as follows:

On February 7, 2011, the Court filed the Pretrial Scheduling Order (ECF No. 12), setting a Settlement Conference before the Honorable Edmund F. Brennan on March 17, 2011 at 10:00 a.m.  Due to scheduling conflicts, MetLife is unable to have a representative present at the

SF/2120455v1

STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE

Settlement Conference on March 17, 2011.  MetLife is able to have a representative present for a Settlement Conference on April 21, 2011, a date that MetLife understands is currently available on the Court's calendar.

Accordingly, the Parties stipulate and respectfully request the Court continue the date of the Settlement Conference from March 17, 2011 to April 21, 2011.

Currently, plaintiff's dispositive motion is due April 21, 2011; however, the Parties have agreed to continue this date and will submit a separate Stipulation and [Proposed] Order to the Court requesting a continuance of this date, as well as the dates for the Parties' responsive briefing, to accommodate the continuance of the Settlement Conference.

NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the Court continue the Settlement Conference to April 21, 2011 at 10:00 a.m. in Courtroom 24.

IT IS SO STIPULATED, AGREED, AND RESPECTFULLY SUBMITTED:

DATED:  March 2, 2011          DAVID ALLEN & ASSOCIATES


By:  /s/ David Allen (as authorized on March 2, 2011)
     David Allen
     Attorneys for Plaintiff
     Candice Garcia


DATED:  March 2, 2011          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:  /s/ Erin A. Cornell
     Rebecca A. Hull
     Erin A. Cornell
     Attorneys for Defendant
     Metropolitan Life Insurance Company

**ORDER**

IT IS SO ORDERED that the Settlement Conference currently set before this Court is continued to April 21, 2011 at 10:00 a.m. in Courtroom 24.  The Parties are ordered to submit to Chambers a confidential Settlement Conference Statement no later than April 14, 2011.

DATED:  March 2, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE