DAVID ALLEN & ASSOCIATES
DAVID ALLEN  Bar No. 87193
5230 Folsom Boulevard
Sacramento, California  95819
Telephone: (916) 455-4800
Facsimile: (916) 451-5687
dallen@davidallenlaw.com

Attorneys for Plaintiff
CANDICE GARCIA

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sdma.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105-1008
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE GARCIA,<br><br>                Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and DOES 1 to 100,<br><br>                Defendants. | Case No. 2:10-cv-01514-MCE-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE DATES FOR PARTIES' DISPOSITIVE MOTIONS** |

      Defendant Metropolitan Life Insurance Company ("MetLife") and plaintiff Candice Garcia ("plaintiff") (collectively "Parties"), through their respective counsel of record herein, hereby STIPULATE and AGREE as follows:

      On February 7, 2011, the Court filed the Pretrial Scheduling Order (ECF No. 12), setting the following dates:

Settlement Conference before Magistrate Judge Edmund F. Brennan:  March 17, 2011;

Last day to file administrative record:  April 21, 2011;

Plaintiff's Dispositive Motion:  April 21, 2011;

Defendant's Opposition and Cross-Motion:  May 12, 2011;

Plaintiff's Reply and Opposition:  May 26, 2011;

Defendant's Reply:  June 9, 2011

Hearing on cross-motions:  June 16, 2011 at 2:00 p.m.

Due to scheduling conflicts, MetLife was unable to have a representative present at the Settlement Conference on March 17, 2011.  Thus, the Parties stipulated to continue the date of the Settlement Conference to April 21, 2011.  On March 3, 2011, Magistrate Judge Edmund F. Brennan signed an Order continuing the date of the Settlement Conference to April 21, 2011 (ECF No. 14).

Plaintiff's dispositive motion is currently due on the same day as the Settlement Conference.  Thus, the Parties stipulate and respectfully request that the Court continue the dispositive motion briefing dates as follows:

Plaintiff and MetLife to file cross-motions for judgment:  May 12, 2011;

Plaintiff and MetLife to file oppositions:  May 26, 2011;

No reply briefs;

The Parties request that the hearing on the cross-motions remain set for hearing, June 16, 2011 at 2:00 p.m.

SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED:

DATED:  March 3, 2011            DAVID ALLEN & ASSOCIATES

```
                                 By:  /s/ David Allen (as authorized on March 2, 2011)
                                      David Allen
                                      Attorneys for Plaintiff
                                      CANDICE GARCIA
```

DATED:  March 3, 2011   SEDGWICK, DETERT, MORAN & ARNOLD LLP


         By:  /s/ Erin A. Cornell
           Rebecca A. Hull
           Erin A. Cornell
           Attorneys for Defendant
           METROPOLITAN LIFE INSURANCE COMPANY

## **ORDER**

IT IS SO ORDERED that the Parties shall file cross-motions for judgment on May 12, 2011; that the Parties shall file oppositions on May 26, 2011; that the Parties shall not file reply briefs; and that the hearing for the cross-motions remain set for June 16, 2011 at 2:00 p.m.

DATE:  March 7, 2011

         _____
         MORRISON C. ENGLAND, JR.
         UNITED STATES DISTRICT JUDGE