IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CANDICE GARCIA,

        Plaintiff,                    No. CIV S-10-1514 MCE KJN

       vs.

METROPOLITAN LIFE INSURANCE
COMPANY,                        ORDER RE SETTLEMENT & DISPOSITION

        Defendant.
_____/

      Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on April 21, 2011, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than June 6, 2011.

      All hearing dates set in this matter are **VACATED.**

////

////

////

////

////

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4  IT IS SO ORDERED.

5  DATED: April 21, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE