DAVID ALLEN & ASSOCIATES
DAVID ALLEN  Bar No. 87193
dallen@davidallenlaw.com
5230 Folsom Boulevard
Sacramento, CA  95819
Telephone: (916) 455-4800
Facsimile: (916) 451-5687

Attorneys for Plaintiff
CANDICE GARCIA

SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105-1008
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE GARCIA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and DOES 1 to 100,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-01514-MCE-KJN<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

SF/2198323v1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

**IT IS SO STIPULATED**

DATED:  May 31, 2011          DAVID ALLEN & ASSOCIATES


By:  /s/ David Allen (as authorized on 5/31/2011)
     David Allen
     Attorneys for Plaintiff
     CANDICE GARCIA


DATED:  May 31, 2011          SEDGWICK LLP


By:  /s/ Rebecca A. Hull
     Rebecca A. Hull
     Erin A. Cornell
     Attorneys for Defendant
     METROPOLITAN LIFE INSURANCE COMPANY


**IT IS SO ORDERED.**  The Clerk of Court is hereby directed to close the file.

DATED:        August 2, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE